

**MEMO ENDORSED**

The Law Offices of
**Joel S. Silberman, Esq., LLC**

26 Journal Square, Suite #300, Jersey City, NJ 07306 | 1370 Broadway, 5th Floor, New York, NY 10018

T 201.420.1913  F 201.420.1914
www.joelsilbermanlaw.com

Hon. Victoria Reznik
United States Magistrate Judge
United States District Court
Southern District of New York
The Hon. Charles L. Brieant, Jr.
Federal Bldg. and U.S. Court House
300 Quarropas Street
White Plains, NY 10601

APPLICATION GRANTED

_/s/ Victoria Reznik_
Hon. Victoria Reznik, U.S.M.J.

April 23, 2024

April 22, 2024

      Re:    United States v. Nileshkumar Patel
                 Dkt. No. 7:23-mj-06797

Dear Judge Reznik,

I represent Nileshkumar Patel ("Nilesh") in the above matter. I write the Court with the consent of the Government and input of PTS requesting that Nilesh's bail conditions be changed from "curfew with location monitoring" to "Stand Alone GPS" and maintaining the current geographical travel restrictions.

Please let me know if the Court has any questions or concerns or requires any further information.

Thank you for your attention to this matter.

Respectfully yours,

s/ Joel Silberman
_____
Joel Silberman, Esq.

Cc:    All Counsel via ECF
        File